**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02759-REB-BNB

DARLEAN WOODS,

    Plaintiff,

v.

COMFORT DENTAL EAST AURORA, a Colorado profit corporation,
JAMES PARFITT,
MATTHEW CARLSON,
JEFFREY VARNER, and
RICHARD DOERHOFF, individually and in their capacity as supervisors,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#15][1] filed July 28, 2011. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#15] filed July 28, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendants' Motion To Dismiss** [#8] filed December 13, 2010, is **GRANTED IN PART** as follows:

   a. That plaintiff's claims for race and sex discrimination in connection with her termination are **DISMISSED WITH PREJUDICE** as barred by limitations;

   b. That plaintiff's other Title VII claims against defendants, James Parfitt, Matthew Carlson, Jeffrey Varner, and Richard Doerhoff, individually and in their capacities as supervisors, are **DISMISSED WITH PREJUDICE** for failure to state claims on which relief may be granted; and

   c. That plaintiff's claim for defamation is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim on which relief may be granted

3. That **Defendants' Motion To Dismiss** [#8], filed December 13, 2010, is **DENIED** otherwise;

4. That at the time judgment enters, judgment **SHALL ENTER** as follows:

   a. In favor of defendants, Comfort Dental East Aurora, a Colorado profit corporation, and James Parfitt, Matthew Carlson, Jeffrey Varner, and Richard Doerhoff, individually

and in their capacities as supervisors, on plaintiff's claims for race and sex discrimination in connection with her termination; provided, that the judgment as to these claims **SHALL BE** with prejudice;

b. In favor of defendants, Comfort Dental East Aurora, a Colorado profit corporation, and James Parfitt, Matthew Carlson, Jeffrey Varner, and Richard Doerhoff, individually and in their capacities as supervisors, on plaintiff's claim for defamation; provided, that the judgment as to these claims **SHALL BE** without prejudice; and

c. In favor of defendants, James Parfitt, Matthew Carlson, Jeffrey Varner, and Richard Doerhoff, individually and in their capacities as supervisors, on all other claims for relief and causes of action asserted against them under Title VII; provided, that the judgment as to these claims **SHALL BE** with prejudice; and

5. That defendants, James Parfitt, Matthew Carlson, Jeffrey Varner, and Richard Doerhoff, individually and in their capacities as supervisors, are **DROPPED** as named parties to this action, and the case caption **AMENDED** accordingly.

Dated August 26, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge