IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02759-REB-BNB

DARLEAN WOODS,

Plaintiff,

v.

COMFORT DENTAL EAST AURORA, a Colorado profit corporation,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The defendant prepared and submitted a proposed final pretrial order, but it did not contain any input from the plaintiff, who is proceeding pro se. The plaintiff stated that she was unable to participate in the preparation on the proposed final pretrial order because she was in the hospital at the time.

IT IS ORDERED:

(1)    Defendant's Final Pretrial Order [Doc. # 34] is REFUSED because it does not contain the input of the plaintiff;

(2)    The plaintiff shall promptly provide her input for the final pretrial order to defense counsel. A revised proposed final pretrial order shall be submitted to the court on or before **February 9, 2012**;

(3)    A supplemental final pretrial conference is set for **February 14, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(4) The plaintiff shall respond to Defendant's Motion to Deem Requests for Admission Admitted and Motion to Compel [Doc. # 35] on or before **February 9, 2012**. No reply is allowed; and

(5) Defendant's Motion to Deem Requests for Admission Admitted and Motion to Compel [Doc. # 35] is set for hearing on **February 14, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated February 1, 2012.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge