IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02759-REB-BNB

DARLEAN WOODS,

Plaintiff,

v.

COMFORT DENTAL EAST AURORA, a Colorado profit corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)   **Defendant's Motion to Deem Requests for Admission Admitted and Motion to Compel** [Doc. # 35, filed 1/31/2012] (the "Defendant's Motion"); and

(2)   **Plaintiff's Motion to Deem Requests for Admission Admitted and Motion to Compel** [Doc. # 41, filed 2/9/2012] (the "Plaintiff's Motion").

The parties were before me this morning for a final pretrial conference, and I made rulings on the record concerning the Defendant's Motion and the Plaintiff's Motion, which are incorporated here.

IT IS ORDERED:

(1)   Defendant's Motion [Doc. # 35] is GRANTED. Defendant's Requests for Admissions Nos. 1-4 are deemed admitted. Fed. R. Civ. P. 36(a)(3). The plaintiff shall answer Defendant's Interrogatories Nos. 1-13 in writing and under oath on or before **February 28, 2012**. The plaintiff shall produce all documents, materials, and items responsive to Defendant's

Document and Tangible Item Requests Nos. 1-14 on or before **February 28, 2012**.

(2) Plaintiff's Motion [Doc. # 41] is DENIED because the discovery requests were untimely.

Dated February 14, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge